UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JENIECE W. SIMON | * | CIVIL ACTION NO. 12-2165 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in chambers, this _1st_ day of _March_, 2013, Shreveport, Louisiana.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE